**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7674

FRANK LISTER RAIGNS,

Plaintiff - Appellant,

versus

JOSEPH HARPER, Sheriff; CAPTAIN COSGROVE;
LIEUTENANT DANCE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-95-1090-AM)

Submitted: February 7, 1996          Decided: February 26, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Frank Lister Raigns, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error in the dismissal of Appellant's claim of deliberate indifference to a substantial risk of harm by another inmate. Accordingly, we affirm the dismissal of that claim on the reasoning of the district court. Raigns v. Harper, No. CA-95-1090-AM (E.D. Va. Sept. 8, 1995). The district court dismissed Appellant's claim of deliberate indifference to his medical needs without prejudice. Because Appellant may be able to save this claim by amending his complaint, the portion of the order relating to this claim is not reviewable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal with respect to the medical needs claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART